UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| LORETTA JACKSON, | ) | CHAPTER 13 |
| | | CASE NO. 14-12629 |
| DEBTOR. | ) | |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
**[Motion to Avoid Lien under Section 522(f)(1)(B)]**

## MOTION TO AVOID LIEN UNDER SECTION 522(f)(1)(B) – LOCAL FINANCE

COMES NOW the Debtor, by and through her undersigned attorney, and submits the instant motion to this Honorable Court seeking to avoid the continuation of a security interest or lien on or against certain personal property of the Debtor which may have been pledged as collateral on a nonpurchase-money loan before filing of the Debtor's bankruptcy petition, and which motion is further based upon the following grounds, to-wit:

(1) The instant proceeding was commenced by the Debtor's filing of a Chapter 13 Petition seeking relief under Title 11, Chapter 13 of the <u>Bankruptcy Code</u>. The Debtor alleges this Court has jurisdiction pursuant to Title 28 U.S.C. Section 1471 and Title 11 U.S.C. Section 522 (f);

(2) The Debtor through her undersigned attorney alleges prior to filing of her Chapter 13 Petition she executed loan documents with the above-named creditor whereby she pledged a security interest in household goods, furniture and furnishings she already had in her possession, and which assets remain in her possession, described as follows, to-wit:

GOLD NECKLACE, GOLD HOOP EARRINGS, DIAMOND CLUSTER RING, GE RADIO/CD PLAYER, 32" EMERSON TV, JAZZ VIDEO CAMERA, 19" PHILLIPS TV

(3) The afore-described loan documents contain the following language which appears to create a security interest, to-wit:

YOU ARE GIVING A SECURITY INTEREST IN...

(4) Upon information and belief the amount of indebtedness owed the above-named creditor as of the Petition date was approximately $492.00;

(5) The Debtor has listed her total household goods and furnishings as having a total value of $600.00;

(6) As the Debtor has claimed the above-described assets exempt pursuant to Section 6-10-6 of the Code of Alabama, and the aggregate value of these assets are within the limits permitted by that section, without avoidance of this pre-petition security interest the lien of this creditor would impair the exemptions available to the Debtor and her fresh start upon entry of her Discharge.

(7) Upon information and belief it is averred none of the proceeds or monies from the subject loan were used to purchase any of the afore-described personal property; and all said items of personal property so encumbered have remained in the possession of the Debtor.

WHEREFORE, the Debtor prays this Honorable Court, after consideration of the premises, will grant her motion and avoid the security interest or lien of Local Finance in the afore-described property, and will grant such other and further relief as to which the Debtor may be entitled.

ESPY, METCALF & ESPY, P.C.

/s/ Cameron A. Metcalf
Cameron A. Metcalf
Attorney for Debtor
Post Office Drawer 6504
Dothan, Alabama 36302
(334) 793-6288
(334) 712-1617 Fax
Email: cam@espymetcalf.com

Certificate of Service

I, Cameron A. Metcalf, do hereby certify a copy of the foregoing Motion to Avoid Lien was mailed to the following parties by placing a copy of same to Curtis C. Reding, chapter 13 Trustee, Teresa Jacobs, Bankruptcy Administrator and the following in the U.S. Mail, postage prepaid, and/or email on this 10th day of March, 2015.

Local Finance
2671 Montgomery Hwy, Ste 2
Dothan, AL 36303

/s/ Cameron A. Metcalf
Cameron A. Metcalf

3